E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3920 GHK (JWJx) | Date | September 24, 2008 |
|---|---|---|---|
| Title | *Jesus Prado v. Department of Water and Power, et al* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **ORDER TO SHOW CAUSE**

On July 17, 2008, the Court issued an *order setting scheduling conference* on calendar for September 15, 2008 at 1:30 p.m. The Court notes that counsel for defendant was present on the above date. No appearance by plaintiff. The Court further notes that the *report of the parties' planning meeting* e-filed on August 29, 2008, also indicated the date of September 15, 2008 for the scheduling conference, and was signed by both plaintiff and defendant. The scheduling conference of September 15, 2008 was taken off calendar and is now **RE-SET** for **OCTOBER 27, 2008 AT 1:30 P.M.**

Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in writing within **fourteen (14)** days hereof, why sanctions should not be imposed for his failure to appear at the scheduling conference of September 15, 2008. Failure of plaintiff to timely and adequately respond as required herein will be deemed plaintiff's abandonment of the action and will result in the appropriate sanctions and/or dismissal of the above action.

**IT IS SO ORDERED.**

| | 0 : 00 |
|---|---|
| Initials of Preparer | Bea |